Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

JS-6

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BEACHSTAR, an unknown business entity; and GUO QI, an individual, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:15-cv-00751-ODW(CWx)<br><br>**ORDER OF FINAL CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

　　　　**WHEREAS Deckers Outdoor Corporation** has filed a Complaint in this action charging **Defendant Guo Qi** d/b/a **"Beachstar"** ("Defendant") with Trade Dress Infringement, Patent Infringement, and Unfair Competition arising from Defendant's manufacture, distribution, promotion, advertisement, offering for sale, and/or sale of footwear, the designs of which Deckers has alleged infringe upon its Bailey Button Boot Trade Dress (defined below) and U.S. Reg. D616,189 design patent (defined below), which are identified by the style names "**Sunville Women's Mid-Calf Three Button Faux Shearling Fur Boots**," "**Sunville Women's Mid-Calf Three Button Faux Shearling Fur Boots Beige**," "**Sunville Women's Class Faux**

1  **Suede Boot with 3 Button, Adjustable Calf Width and Faux Shearling Lining**,"
2  "**Beige Microsuede Fur Lined 3 Button Mid Calf Flat Boots**." (hereinafter
3  "Disputed Products") and shown below:



10  **WHEREAS**, Deckers alleges to be the owner of the following design patent
11  issued by the United States Patent and Trademark Office U.S. Patent No. D616,189 for
12  the "Bailey Button Triplet" boot (registered on May 25, 2010) (hereinafter " '189
13  Patent"); and

14  **WHEREAS**, Deckers alleges to be the owner of the "Bailey Button Trade
15  Dress," which is characterized by a combination of the following non-functional
16  elements:  (a) classic suede boot styling made famous by the UGG brand; (b)
17  overlapping of front and rear panels on the lateral side of the boot shaft; (c) curved top
18  edges on the overlapping panels; (d) exposed fleece-type lining edging the overlapping
19  panels and top of the boot shaft; and (e) one or more buttons (depending on the height
20  of the boot) prominently featured on the lateral side of the boot shaft adjacent the
21  overlapping panels, and which characterization is accompanied by the following
22  images:

  

**WHEREAS**, the parties hereto desiring to fully settle all of the claims in this action among the parties to this Final Consent Judgment; and

**WHEREAS**, Defendants have agreed to consent to the below terms of a permanent injunction, **IT IS HEREBY ORDERED** that:

1. This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2. Defendants and their agents, servants, employees and all persons in active concert and participation with it who receive actual notice of this Final Consent Judgment are hereby permanently restrained and enjoined from infringing upon Plaintiff's Bailey Button Boot Trade Dress and/or '189 Patent either directly or conributorily in any manner, including:

   (a) Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing and/or incorporating in advertising or marketing the Disputed Products and/or any other products which infringe upon the Bailey Button Boot Trade Dress and/or '189 Patent;

   (b) Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 2(a) above.

3. Deckers and Defendant shall bear their own costs and attorneys' fees associated with this action.

4. The execution of this Final Consent Judgment shall serve to bind and obligate the parties hereto. However, dismissal with prejudice of this action shall not have preclusive effect on those who are not a party to this action or who are not specifically released in the parties' written settlement agreement, all claims against whom Plaintiff expressly reserves.

5. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final

1  Consent Judgment, the enforcement thereof and the punishment of any violations
2  thereof. Except as otherwise provided herein, this action is fully dismissed with
3  prejudice.

5  **IT IS SO ORDERED.**

7  DATED: May 5, 2015  _____
   Hon. Otis D. Wright II
8  **United States District Judge**